FILED
2022 Mar-11  PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

DOCUMENT 2



ELECTRONICALLY FILED
2/4/2022 2:55 PM
41-CV-2022-900024.00
CIRCUIT COURT OF
LAUDERDALE COUNTY, ALABAMA
MISSY HOMAN, CLERK

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, ALABAMA

PAUL CONNOLLY,                       §
BRANDY BORRELLI,                     §
MARTHA MALONE,                       §
SAMANTHA McDONALD                    §
And DESIREE MELTON,                  §
                                     §
    Plaintiffs,                      §       CASE NO. CV-2021-_____
                                     §
v.                                   §
                                     §
WALGREEN PHARMACY SERVICES           §
MIDWEST, LLC,                        §
                                     §
    Defendant.                       §

## COMPLAINT

### PARTIES

1.     Plaintiff PAUL CONNOLLY is a resident citizen of Lauderdale County, Alabama, is over the age of nineteen (19) years, and is a Caucasian male.

2.     Plaintiff BRANDY BORRELLI is a resident citizen of Lauderdale County, Alabama, is over the age of nineteen (19) years, and is a Caucasian female.

3.     Plaintiff MARTHA MALONE is a resident citizen of Colbert County, Alabama, is over the age of nineteen (19) years, and is a Caucasian female.

4.     Plaintiff SAMANTHA MCDONALD is a resident citizen of Lauderdale County, Alabama, is over the age of nineteen (19) years, and is a Caucasian female.

5.     Plaintiff DESIREE MELTON is a resident citizen of Lauderdale County, Alabama, is over the age of nineteen (19) years, and is a Caucasian female.

6.     Defendant, WALGREEN PHARMACY SERVICES MIDWEST, LLC, is, upon information and belief, a foreign corporation regularly conducting business in a pharmacy located at 1313 North Wood Avenue, Florence, Lauderdale County, Alabama.

DOCUMENT 2

## JURISDICTION AND VENUE

7.     This Honorable Court has jurisdiction of this lawsuit asserting reverse discrimination pursuant to 42 U.S.C. Section 2000e, et seq., Title VII, which precludes discharging and/or discrimination against an employee by an employer with respect to compensation, terms, conditions, or privileges of employment because of such employee's race (Caucasian).

8.     Plaintiffs were each formerly an employee of Defendant for purposes of 42 U.S.C. Section 2000e(f).

9.     Defendant, WALGREEN PHARMACY SERVICES MIDWEST, LLC, was the employer of each Plaintiff, having five hundred (500) or more employees for purposes of Title VII, including but not limited to, 42 U.S.C. Section 2000e(b) and 42 U.S.C. Section 1981a. Venue is proper.

## ADMINISTRATIVE PREREQUISITES

10.    Plaintiffs have each exhausted all administrative prerequisites for filing this reverse discrimination action under 42 U.S.C. Section 2000e-5(f), et seq. More specifically:

A.     Plaintiff PAUL CONNOLLY timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"), having Charge No. 420-2021-01698, a copy of which is attached hereto as Exhibit "1" and which is incorporated by reference as though fully set out herein, as to which a Notice of Right to Sue was issued on November 16, 2021, a copy of which is attached hereto as Exhibit "2" and which is incorporated by reference as though fully set out herein.

B.     Plaintiff BRANDY BORRELLI timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"), having Charge No. 420-2021- 01699, a copy of which is attached hereto as Exhibit

2

DOCUMENT 2

"3" and which is incorporated by   reference as though fully set out herein, as to

which a Notice of Right to Sue was issued on January 12, 2022, a copy of which is

attached hereto as Exhibit "4" and which is incorporated by reference as though

fully set out herein.

C.    Plaintiff MARTHA MALONE timely filed a Charge of Discrimination with

the Equal Employment Opportunity Commission ("EEOC"), having Charge

No. 420-2021-01700, a copy of which is attached hereto as Exhibit "5" and

which is incorporated by reference as though fully set out herein, as to

which a Notice of Right to Sue was issued on January 12, 2022, a copy of

which is attached hereto as Exhibit "6" and which is incorporated by

reference as though fully set out herein.

D.    Plaintiff SAMANTHA McDONALD timely filed a Charge of

Discrimination with the Equal Employment Opportunity Commission

("EEOC"), having Charge No. 420-2021-02025, a copy of which is attached

hereto as Exhibit "7" and which is incorporated by reference as though fully

set out herein, as to which a Notice of Right to Sue was issued on January

12, 2022, a copy of which is attached hereto as Exhibit "8" and which is

incorporated by reference as though fully set out herein.

E.    Plaintiff DESIREE MELTON timely filed a Charge of Discrimination with

the Equal Employment Opportunity Commission ("EEOC"), having Charge

No. 420-2021-02024, a copy of which is attached hereto as Exhibit "9" and

which is incorporated by reference as though fully set out herein, as to

which a Notice of Right to Sue was issued on January 12, 2022, a copy of

which is attached hereto as Exhibit "10" and which is incorporated by

3

DOCUMENT 2

reference as though fully set out herein.

<u>FACTS</u>

11.     Plaintiff PAUL CONNOLLY ("Plaintiff CONNOLLY"), a Caucasian male, was formerly employed by Defendant at its 1313 North Wood Avenue, Florence, Lauderdale County, Alabama business location as a Pharmacist at the rate of $65.79 per hour.

12.     Until Plaintiff CONNOLLY was wrongfully discharged on January 7, 2022, his job performance had been satisfactory.

13.     Beginning on or about September 1, 2020, Plaintiff CONNOLLY and the other Plaintiffs herein, as well as other Caucasian co-workers, began being treated in a reverse discriminatory manner, which created a hostile work environment, by the then new Store Manager, RHONDY BODDIE ("BODDIE"), an African-American male.

14.     Plaintiff CONNOLLY was treated differently and worse than non-Caucasian co-workers by said Store Manager, as were the other Plaintiffs herein.

15.     Several times Plaintiff CONNOLLY reported to the Store Manager and District Manager that Alabama State Board of Pharmacy regulations were being violated as to the number of non-certified Pharmacy Technicians that were being employed by Defendant, but the Store Manager and Defendant took no corrective action. The Store Manager then attempted to provoke Plaintiff CONNOLLY by requiring him to perform tasks in certain unnecessary manners, and when Plaintiff CONNOLLY would inquire as to why, the Store Manager would chastise him.

16.     Plaintiff CONNOLLY, along with the other Plaintiffs herein, were subjected to a hostile work environment due to their race (Caucasian); and Plaintiff CONNOLLY was wrongfully terminated on January 7, 2021 on a pretextual basis based upon race (Caucasian) in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et seq.

4

DOCUMENT 2

17.     Plaintiff BRANDY BORRELLI ("Plaintiff BORRELLI"), a Caucasian female, was formerly employed by Defendant at its 1313 North Wood Avenue, Florence, Lauderdale County, Alabama business location as a Pharmacy Manager at the rate of $64.70 per hour.

18.     Until Plaintiff BORRELLI was wrongfully discharged on January 7, 2021, her job performance had been satisfactory.

19.     Beginning on or about September 1, 2020, Plaintiff BORRELLI, and the other Plaintiffs herein, as well as other Caucasian co-workers, began being treated in a reverse discriminatory manner, which created a hostile work environment, by the then new Store Manager, BODDIE, an African-American male.

20.     Plaintiff BORRELLI was treated differently and worse than non-Caucasian co-workers by said Store Manager, as were the other Plaintiffs herein.

21.     The Store Manager, BODDIE, displayed a general bad attitude and obvious dislike for Plaintiff BORRELLI and the other Caucasian Plaintiffs herein, including harassing and bullying of the Caucasian Plaintiffs, but not as to the non-Caucasian co-workers.

22.     Store Manager BODDIE would change longstanding work schedules of the Caucasian Plaintiffs for no apparent business purpose.

23.     Plaintiffs herein, and other Caucasian co-workers, would be treated rudely and at times ignored by said Store Manager, if approached about store operations.

24.     Store Manager BODDIE disciplined a Caucasian co-worker but not a similarly situated African-American co-worker about how a suspected shoplifter was dealt with at Defendant's store.

25.     Plaintiff BORRELLI reported the foregoing wrongful conduct to Defendant's District Manager by phone in late November 2020, however, no corrective action was taken.

DOCUMENT 2

26.     Plaintiff BORRELLI and the other Plaintiffs herein were subjected to a hostile work environment due to their race (Caucasian) and Plaintiff BORRELLI was wrongfully terminated on January 7, 2021, on a pretextual basis based upon race (Caucasian), in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et seq.

27.     Plaintiff MARTHA MALONE ("Plaintiff MALONE"), a Caucasian female, was formerly employed by Defendant at its 1313 North Wood Avenue, Florence, Lauderdale County, Alabama business location as a Pharmacy Technician at the rate of $26.00 per hour.

28.     Until Plaintiff MALONE was forced to retire and/or was constructively discharged on or about November 24, 2020, her job performance had been satisfactory.

29.     Beginning on or about September 1, 2020, Plaintiff MALONE, and the other Plaintiffs herein, as well as other Caucasian co-workers, begin being treated in a reverse discriminatory manner, which created a hostile work environment, by the then new Store Manager, BODDIE, an African-American male.

30.     Plaintiff MALONE was treated differently and worse than non-Caucasian co-workers by said Store Manager, as were the other Plaintiffs herein.

31.     Plaintiff MALONE and other Caucasian Plaintiffs herein, were harassed by said Store Manager about the hours they worked.

32.     Plaintiff MALONE and an African-American co-worker confronted a suspected shoplifter at Defendant's store and the Store Manager, BODDIE, disciplined Plaintiff as to same but took no action against the African-American co-worker.

33.     Store Manager BODDIE threatened to terminate Plaintiff MALONE if she did not clock out to go get lunch for the Pharmacists when they were unable to leave their workstation.

6

DOCUMENT 2

34.     When Plaintiff MALONE and other Caucasian Plaintiffs would attempt to speak to said Store Manager about business issues, they would be treated worse and differently than similarly situated non-Caucasian co-workers, or were ignored.

35.     Plaintiff MALONE and the other Plaintiffs herein were subjected to a hostile work environment due to their race (Caucasian), and Plaintiff MALONE was wrongfully forced into early retirement and/or was constructively discharged on a pretextual basis on or about November 24, 2020, based upon her race (Caucasian) in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et seq.

36.     Plaintiff SAMANTHA McDONALD ("Plaintiff McDONALD"), a Caucasian female, was formerly employed by Defendant at its 1313 North Wood Avenue, Florence, Lauderdale County, Alabama business location as a Pharmacy Technician at the rate of $15.46 per hour.

37.     Until Plaintiff McDONALD was wrongfully discharged on December 2, 2020, her job performance had been satisfactory.

38.     Beginning on or about September 1, 2020, Plaintiff McDONALD and the other Plaintiffs herein, as well as other Caucasian co-workers, began being treated in a reverse discriminatory manner, which created a hostile work environment, by the then new Store Manager, BODDIE, an African-American male.

39.     Plaintiff McDONALD was treated differently and worse than non-Caucasian co-workers by said Store Manager, as were the other Plaintiffs herein.

40.     Plaintiff McDONALD and the other Caucasian Plaintiffs herein were harassed by said Store Manager about the hours they worked.

7

DOCUMENT 2

41.    When Plaintiff McDONALD and the other Caucasian Plaintiffs would attempt to speak to said Store Manager about business matters, such as his changing Plaintiff McDONALD'S work hours or work schedule of arranging supplies in a safe and more accessible manner, said Store Manager was rude or ignored Plaintiffs, all of which Plaintiff McDONALD reported to Defendant's District Manager, however, no corrective action was taken.

42.    After Plaintiff McDONALD made said complaint to Defendant's District Manager, Defendant's Store Manager, BODDIE, became angry and refused to speak to Plaintiffs for a week or more.

43.    When Plaintiff McDONALD would attempt to speak to said Store Manager about business issues or the Store Manager's complaining about Plaintiff McDONALD's footwear, Plaintiff McDONALD would be treated worse and differently than similarly situated non-Caucasian co-workers, or was ignored.

44.    Plaintiff McDONALD and the other Plaintiffs herein were subjected to a hostile work environment due to their race (Caucasian), and Plaintiff McDONALD was wrongfully terminated on December 2, 2022, on a pretextual basis based upon race (Caucasian) in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et seq.

45.    Plaintiff DESIREE MELTON ("Plaintiff MELTON"), a Caucasian female, was formerly employed by Defendant at its 1313 North Wood Avenue, Florence, Lauderdale County, Alabama business location as a Pharmacy Technician at the rate of $14.50 per hour.

46.    Until Plaintiff MELTON was wrongfully terminated on December 2, 2020, her job performance had been satisfactory.

47.    Beginning on or about September 1, 2020, Plaintiff MELTON and the other Plaintiffs herein, as well as other Caucasian co-workers, began being treated in a reverse

8

DOCUMENT 2

discriminatory manner, which created a hostile work environment, by the then new Store

Manager. BODDIE, an African-American male.

48.    Plaintiff MELTON was treated differently at work than non-Caucasian co-

workers by said Store Manager, as were the other Plaintiffs herein.

49.    Plaintiff MELTON and other Caucasian Plaintiffs herein were harassed by said

Store Manager about why they worked the hours they worked.

50.    When Plaintiff MELTON and other Caucasian Plaintiffs would attempt to

speak to said Store Manager about business issues they would be treated worse and differently

than similarly situated non-Caucasian co-workers or were ignored.

51.    Plaintiff MELTON and the other Plaintiffs herein were subjected to a hostile

work environment due to their race (Caucasian) and Plaintiff MELTON was wrongfully

discharged on a pretextual basis on or about December 2, 2020, based upon her race

(Caucasian) in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.

Section 2000e, et seq.

52.    Defendant therefore knew or should have known about the wrongful and

discriminatory actions taken by or on behalf of defendant, but defendant took no preventative

action.

<u>**COUNT ONE**</u>
<u>**FIRST CLAIM FOR RELIEF**</u> **(TITLE VII)**
(REVERSE DISCRIMINATION)

53.    All prior paragraphs are incorporated by reference as though fully set out herein.

54.    Defendant's termination of Plaintiffs CONNOLLY, BORRELLI,

McDONALD and MELTON and Defendant's constructive discharge or forcing to retire

Plaintiff MALONE constituted employment discrimination (reverse discrimination) in

9

DOCUMENT 2

violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et seq.

55.     Plaintiffs are each Caucasian former employees of Defendant who were performing work at a satisfactory level.

56.     Defendant, acting through its agent, servant or employee, Store Manager BODDIE, an African-American male, in the line and scope of his employment with Defendant, discriminated against Plaintiffs based upon their race (Caucasian).

57.     Plaintiffs each seek all damages recoverable, including lost wages, lost benefits, lost retirement benefits, the costs of maintaining health insurance, and any other benefits applicable.

58.     Plaintiffs each seek compensatory damages under 42 U.S.C. Section 1981a and punitive damages under 42 U.S.C. Section 1981a, as the actions of Store Manager BODDIE were intentional or with malice or with reckless indifference to the violation of Plaintiffs' federally protected rights under Title VII.

59.     Plaintiffs also seek reasonable attorneys' fees and costs under 42 U.S.C. Section 2000e-5(k).

60.     Plaintiffs also seek reinstatement or front pay in lieu of reinstatement.

## COUNT TWO

## SECOND CLAIM FOR RELIEF
### (Retaliation)

61.     All prior paragraphs are incorporated by reference as though fully set out herein.

62.     The wrongful acts complained of herein were in retaliation for Plaintiffs exercising their Title VII rights in the reporting of the wrongful behavior to Defendant's District Manager.

DOCUMENT 2

63.     The retaliation was intentional or done with malice or done with reckless disregard for Plaintiffs' federally protected rights under Title VII.

64.     Defendant, acting through its agent, servant or employee, Store Manager BODDIE, an African-American male, in the line and scope of his employment with Defendant, discriminated against Plaintiffs based upon their race (Caucasian) and retaliated against Plaintiffs for asserting their federally protected rights.

65.     Plaintiffs each seek all damages recoverable, including lost wages, lost benefits, lost retirement benefits, the costs of maintaining health insurance, and any other benefits applicable.

66.     Plaintiffs each seek compensatory damages under 42 U.S.C. Section 1981a and punitive damages under 42 U.S.C. Section 1981a, as the actions of Store Manager BODDIE were with intentional or with malice or with reckless indifference to the violation of Plaintiffs' rights under Title VII.

67.     Plaintiffs also seek reasonable attorneys' fees and costs under 42 U.S.C Section 2000e-5(k).

68.     Plaintiffs also seek reinstatement or front pay in lieu of reinstatement.

## PRAYER FOR RELIEF

69.     Upon the trial of this action, Plaintiffs pray that the Court enter judgment against the Defendant and Order each Plaintiff the following relief:

A.     Full equitable relief, including reinstatement with full back pay and all lost benefits, both health and retirement, and, in lieu of reinstatement, full back pay and benefits and reasonable front pay.

B.     Compensatory damages under 42 U.S.C. Section 1981a(b) and the common law.

11

DOCUMENT 2

C.    Punitive damages against Defendant to the extent allowed under 42

       U.S.C. Section 1981a(b).

D.    The costs of this action, including reasonable attorneys' fees under

       42 U.S.C. Section 2000e-5(k).

E.    Interest on the judgment at the statutory rate.

F.    Any further relief the Court deems just and necessary.


DATED: _February 4_, 2022                    Respectfully submitted,

                                             /s/ J. Wilson Mitchell
                                             J. WILSON MITCHELL (MIT016)
                                             *Attorney for Plaintiff*
                                             MITCHELL & BERNAUER
                                             1905 Bruin Drive
                                             Florence, AL 35630
                                             (256) 767-4900 – Phone
                                             (256) 767-4995 – Facsimile


                                             /s/ Bennett L. Pugh
                                             BENNETT L. PUGH (PUG004)
                                             *Attorney for Plaintiff*
                                             300 N. Montgomery Avenue
                                             Sheffield, AL 35660
                                             (205) 901-1116 – Phone


## JURY DEMAND

Plaintiffs demand trial by struck jury as to all triable issues herein.

                                             /s/ J. Wilson Mitchell
                                             J. WILSON MITCHELL


12

DOCUMENT 2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | |

| | | and EEOC |
|---|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Paul Connolly | ▮ | ▮ |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Walgreen Pharmacy Services Midwest, LLC | 15+ | (256) 766-2144 |
| Street Address — 104 Wilmot Road, Deerfield, IL 60015 | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify)  Reverse Discrimination

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 09/01/2020    Latest 01/07/2021

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a white male formerly employed by Walgreen Pharmacy Services Midwest, LLC, as a Pharmacist at the 1313 North Wood Avenue, Florence, Lauderdale County, Alabama 35630 location, with a hire-in date of October 2014 and a termination date of January 7, 2021, at which time I was making $65.79 per hour. Beginning on or about September 1, 2020 I and several of my co-workers began being treated in a reverse discriminatory manner and hostile work environment by the new Store Manager, Rhondy Boddie (black male), in that I and several of my co-workers were treated differently and worse than non-white co-workers, which I believe constituted reverse discrimination, culminating in my wrongful termination on January 7, 2021. On several occasions I told Mr. Boddie that his having three to five non-certified Pharmacy Technicians in the Pharmacy violated Alabama State Board of Pharmacy regulations, to which Mr. Boddie would reply "It doesn't pertain to us." I also notified our District Manager, Mr. Hamilton Robinson, of this situation, but no corrective action was taken. Mr. Boddie would attempt to provoke me at work by requiring me to do such things as folding a paper bag a certain way and chastising me if I ever asked "why?" I was wrongfully terminated along with five other co-workers, which would constitute all the white original Rite-Aid employees at that work location.

(Continued on back)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 4/8/2021  Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 4/8/2021 |

Sheri R. McClendon
Notary Public
Alabama State At Large
My Commission Expires 11/19/2023

EXHIBIT "1"

DOCUMENT 2

EEOC Form 5 (11/09)

| | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
| | | and EEOC |

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet)

I believe that the reason for my termination was pretext for reverse discrimination, as evidenced by the fact that several white employees were ultimately terminated or forced to retire early while similarly situated non-white employees were not subjected to such adverse treatment. I believe that I have been subjected to reverse discrimination, a hostile work environment, and retaliation, contrary to Title VII of the Civil Rights Act of 1964, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| | *Sheri R. McClendon* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
| 4/8/2021                    *[signature]*<br>Date                Charging Party Signature | 4/8/2021                    Sheri R. McClendon<br>Notary Public<br>Alabama State At Large<br>My Commission Expires: 11/19/2023 |

DOCUMENT 2

EEOC Form 161-B (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:  Paul Connelly  ███████████ | From:  Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street South<br>Birmingham, AL 35205 |

☐  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2021-01698 | **WESLEY BERTA,**<br>Investigator | (205) 651-7058 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☒  More than 180 days have passed since the filing of this charge.

☐  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**MICHAEL COCHRAN**  Digitally signed by MICHAEL COCHRAN  Date: 2021.11.16 06:52:30 -06'00'

Enclosures(s)

*for* **BRADLEY A. ANDERSON,**
**District Director**

*(Date Issued)*

cc:
Kim Metrick
Vice President, Employment Law
WALGREEN CO.
104 WILMOT RD
STOP 144W
Deerfield, IL 60015

Bennett Pugh
LAW OFFICES OF MITCHELL & BERNAUER
1905 Bruin Drive
Florence, AL 35630

EXHIBIT "2"

DOCUMENT 2

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

and EEOC

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Brandy Nicole Borrelli | ▉▉▉ | ▉▉▉ |

| Street Address | City, State and ZIP Code |
|---|---|
| ▉▉▉ | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Walgreen Pharmacy Services Midwest, LLC | 15+ | (256) 766-2144 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 104 Wilmot Road, Deerfield, IL  60015 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☒ OTHER (Specify)   Reverse Discrimination

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 09/01/2020   Latest 01/07/2021

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a white female formerly employed by Walgreen Pharmacy Services Midwest, LLC, as its Pharmacy located at 1313 North Wood Avenue, Florence, Lauderdale County, Alabama 35630, where I had a hire-in date of November 15, 2011 working as a Pharmacy Manager. I was wrongfully terminated based upon reverse discrimination on January 7, 2021, at which time I was making $64.70 per hour. The reverse discrimination began on or about September 1, 2020 when a new Store Manager, Rhondy Boddie (black male), started treating me and my other white co-workers differently than non-white co-workers, worse than non-white co-workers, and in a reverse discriminatory manner, culminating in a pretextual termination of my employment. My job duties were essentially to directly supervise the Staff Pharmacists and Pharmacy Technicians. I reported to the Store Manager. Mr. Boddie demonstrated a general bad attitude and obvious dislike of the white Pharmacy employees and made the work environment hostile. There were people of color working in both the Pharmacy and in the front of the store, however, I only witnessed Mr. Boddie displaying this hostile, negative behavior toward white employees, including myself. I spoke with our District Manager, Mr. Hamilton Robinson, on or about December 1, 2020 about the problems we were having, however, no corrective or curative measures were taken. Mr. Boddie would harass and bully the white Pharmacy staff, would change longstanding Technicians' schedules, for no apparent reason. Mr. Boddie would be curt or rude when spoken to by white employees such as myself and there were even times when he would turn his head and ignore an employee asking directly for help with store operations.   (Continued on back)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | ▉▉▉▉   MY COMMISSION EXPIRES 03/07/2023 |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| _[signature]_ 1/8/21 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
|---|---|
| Date          Charging Party Signature | |

EXHIBIT "3"

DOCUMENT 2

orm 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

State or local Agency, if any
and EEOC

THE PARTICULARS ARE (if additional paper is needed, attach extra sheet

On one incident Mr. Boddie disciplined a white employee for dealing directly with a shoplifter, yet, to my knowledge, Mr. Boddie did not take any such action towards the black female similarly situated co-worker who had confronted the shoplifter along with the white employee. Prior to my termination I had never in my career received so much as a verbal warning for poor performance or violating policies, and I had never been accused of violating the law. I was terminated based upon pretextual basis and I believe that I and several of my white co-workers were treated worse and differently and in a discriminatory fashion than similarly situated non-white co-workers.

I believe that I have been subjected to reverse discrimination, a hostile work environment, and retaliation, contrary to Title VII of the Civil Rights Act of 1964, as amended.

MY COMMISSION EXPIRES 03/07/2023

want this charge filed with both the EEOC and the State or local Agency, if any. I
ll advise the agencies if I change my address or phone number and I will cooperate
ly with them in the processing of my charge in accordance with their procedures.

eclare under penalty of perjury that the above is true and correct.

4/8/21

Date

Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to
the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

DOCUMENT 2



 Welcome, Bennett  Log Out

Filing with EEOC

## My Charge

EEOC Number: 420-2021-01699

Status: Notice of Right to Sue Issued was upon request and charge was closed

The charge of employment discrimination filed on 04/19/2021 with the U.S. Equal Employment Opportunity Commission (EEOC) by Brandy Borrelli against WALGREEN PHARMACY SERVICES MIDWEST LLC is available for you to view online

### Notice of Right to Sue - Important Time Limit

If you choose to file a lawsuit against the respondent(s) named in your charge, you must file a complaint in court within 90 days of the date you received the Notice of Right to Sue. If you fail to file within the 90 day period, your right to sue on the charge will be lost and cannot be restored by EEOC. For more information about this time limit and filing a lawsuit, refer to the enclosure that was provided with your Closure Notice/NRTS.

### Position Statement Provided

EEOC has provided the respondent's Position Statement, relevant attachments, and any supplemental position statements on this page, under Document Management. It will be helpful to EEOC's investigation if you provide a response to the Respondent's Position Statement by 11/15/2021

Any information you provide will be taken into consideration when EEOC reviews your case. Please upload your response through the Public Portal. Be sure to identify any further witnesses, their contact information, and a brief synopsis of what they will say.

There is no specific format for your response; however, be sure to point out discrepancies in the employer's information and explain what you believe to have happened. This is your opportunity to provide any additional information you feel is relevant to support your case.

Please be aware that by receiving these documents before you have filed a lawsuit based upon your charge, you agree that you will only share them with persons in a privileged relationship, such as a spouse, clergy, or medical, financial, or legal advisor.

## Mediation Status

Upon further review this charge is deemed ineligible for mediation at this time and will be transferred to EEOC's Enforcement Unit.

## My Documents

If you have documents supporting your charge, please upload them using this portal. Documents that you send and any that EEOC may send to you (including your Charge of Discrimination and the respondent's Position Statement, if you request a copy) are listed below. You can open a document to review it or download and save it.

Be sure you save all documents related to your charge, including Email correspondence. Your charge and documents related to it will be available to you online until 90 days after EEOC closes it.

Click using this portal to upload documents.

Upload

EXHIBIT 4

DOCUMENT 2

| | | | |
|---|---|---|---|
| 2022-01-12 Borrelli form 161.pdf | Closure Notice/NRTS | 01/12/2022 | IRAN CRUZ |
| 2022-01-12 Borelli request NRTS.pdf | Charging Party's Request for Notice of Right to Sue | 01/12/2022 | IRAN CRUZ |
| 2021-10-26 Borrelli PS-with Exhibits.pdf | Position Statement - Redacted | 10/26/2021 | IRAN CRUZ |
| 2021-04-19 L of R.pdf | EOA/Letter of Representation From Charging Party's Attorney | 04/27/2021 | WESLEY BERTA |
| 2021-04-19 Charge of Discrimination.pdf | Charge of Discrimination | 04/27/2021 | WESLEY BERTA |

## Additional Information

**If you have questions**
You may find answers in the Frequently Asked Questions (FAQ)

If you still have questions about charge or the status of your charge, please contact your investigator directly at IRAN.CRUZ@EEOC.GOV. Please use Charge Number 420-2021-01699 on all correspondence and communications.

DOCUMENT 2

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |
| | and EEOC |

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Martha Sue Malone | ▉ | ▉ |

| Street Address | City, State and ZIP Code |
|---|---|
| ▉ | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (include Area Code) |
|---|---|---|
| Walgreen Pharmacy Services Midwest, LLC | 15+ | (256) 766-2144 |

| Street Address | City, State and ZIP Code |
|---|---|
| 104 Wilmot Road, Deerfield, IL 60015 | |

| Name | No. Employees, Members | Phone No. (include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☒ OTHER (Specify)   Reverse Discrimination

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 09/01/2020 | 11/24/2020 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My name is Martha Sue Malone, I am a white female, and I was formerly employed at Walgreen Pharmacy Services Midwest, LLC's Pharmacy located at 1313 North Wood Avenue, Florence, Lauderdale County, Alabama 35630, where I worked as a Pharmacy Technician. I have approximately 45-years' experience and had not intended to retire in November 2020, however, due to the reverse discrimination and hostile work environment to which I was subjected due to the new Store Manager, Rhondy Boddie (black male), beginning on or about September 1, 2020, I took early retirement on November 24, 2020, at which time I was earning $26.00 per hour. I was hired in at that business location in June 1976. Prior to Mr. Boddie becoming Store Manager, the Pharmacy staff worked well and very smoothly together. When Mr. Boddie first came to the store he started harassing me and several other white co-workers concerning the hours we worked. I believe Mr. Boddie was attempting to force me to retire before I wished to, and subjected me and my fellow white co-workers to reverse discrimination, treating us differently and worse than non-white similarly situated co-workers. Approximately October 2020 I and a non-white co-worker were involved in observing what we believed to be a shoplifter. We asked the shopper if he had merchandise; he said "no," and I just asked him to leave the store. I was subsequently disciplined by Mr. Boddie, yet to my knowledge, the non-white co-worker involved was not disciplined.

(Continued on back)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

_Sheri R. McClendon_

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

_Martha Sue Malone_

| 4/8/2021 | _Martha Sue Malone_ |
|---|---|
| Date | Charging Party Signature |

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

4/8/2021

Sheri R. McClendon
Notary Public
Alabama State At Large
My Commission Expires 11/10/2022

EXHIBIT "5"

DOCUMENT 2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | |

|  | and EEOC |
|---|---|
| State or local Agency, if any | |

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet)

Mr. Boddie threatened to terminate me if I did not clock out to go get the Pharmacist a lunch when the Pharmacist was required to be at their workstation. Mr. Boddie changed the work hours for myself and a white female co-worker. I informed Mr. Boddie that some of the other Technicians were in college and changing the work schedule would be very disruptive, however, Mr. Boddie stated he knew that and "we just needed to get it done." Mr. Boddie began ignoring me and other white co-workers in the workplace. I believe that I have been subjected to reverse discrimination, a hostile work environment, and retaliation, contrary to Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | *Sheri R. McClendon* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| | *Martha Sue Malone* |
| 4/8/2021      *Martha Sue Malone* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date             Charging Party Signature | 4/8/2021 |

Sheri R. McClendon
Notary Public
Alabama State At Large
My Commission Expires: 11/19/2023

DOCUMENT 2



   Welcome, Bennett  Log Out

Filing with EEOC



# My Charge

EEOC Number: 420-2021-01700

**Status:** Notice of Right to Sue Issued was upon request and charge was closed

The charge of employment discrimination filed on **04/19/2021** with the U.S. Equal Employment Opportunity Commission (EEOC) by Martha Malone against **WALGREEN PHARMACY SERVICES MIDWEST LLC** is available for you to view online

### Notice of Right to Sue - Important Time Limit

If you choose to file a lawsuit against the respondent(s) named in your charge, you must file a complaint in court within 90 days of the date you received the Notice of Right to Sue. If you fail to file within the 90 day period, your right to sue on the charge will be lost and cannot be restored by EEOC. For more information about this time limit and filing a lawsuit, refer to the enclosure that was provided with your Closure Notice/NRTS.

### Position Statement Provided

EEOC has provided the respondent's Position Statement, relevant attachments, and any supplemental position statements on this page, under Document Management. It will be helpful to EEOC's investigation if you provide a response to the Respondent's Position Statement by **11/15/2021**

Any information you provide will be taken into consideration when EEOC reviews your case. Please upload your response through the Public Portal. Be sure to identify any further witnesses, their contact information, and a brief synopsis of what they will say.

There is no specific format for your response; however, be sure to point out discrepancies in the employer's information and explain what you believe to have happened. This is your opportunity to provide any additional information you feel is relevant to support your case.

Please be aware that by receiving these documents before you have filed a lawsuit based upon your charge, you agree that you will only share them with persons in a privileged relationship, such as a spouse, clergy, or medical, financial, or legal advisor.

# Mediation Status

Upon further review this charge is deemed ineligible for mediation at this time and will be transferred to EEOC's Enforcement Unit.

# My Documents

If you have documents supporting your charge, please upload them using this portal. Documents that you send and any that EEOC may send to you (including your Charge of Discrimination and the respondent's Position Statement, if you request a copy) are listed below. You can open a document to review it or download and save it.

Be sure you save all documents related to your charge, including Email correspondence. Your charge and documents related to it will be available to you online until 90 days after EEOC closes it.

Click using this portal to upload documents.

Upload

EXHIBIT _____ 6

DOCUMENT 2

| NAME | TYPE | UPLOADED | UPLOADED BY |
|---|---|---|---|
| 2022-01-12 Malone form 161.pdf | Closure Notice/NRTS | 01/12/2022 | IRAN CRUZ |
| 2022-01-12 Malone request NRTS.pdf | Charging Party's Request for Notice of Right to Sue | 01/12/2022 | IRAN CRUZ |
| 2021-10-26 Malone PS with exhibits.pdf | Position Statement - Redacted | 10/26/2021 | IRAN CRUZ |
| 2021-04-19 L of R.pdf | EOA/Letter of Representation From Charging Party's Attorney | 04/27/2021 | WESLEY BERTA |
| 2021-04-19 Charge of Discrimination.pdf | Charge of Discrimination | 04/27/2021 | WESLEY BERTA |

## Additional Information

**If you have questions**
You may find answers in the Frequently Asked Questions (FAQ)

If you still have questions about charge or the status of your charge, please contact your investigator directly at IRAN.CRUZ@EEOC.GOV. Please use Charge Number 420-2021-01700 on all correspondence and communications.

DOCUMENT 2

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 420-2021-02025 |

and EEOC

_____
State or local agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Samantha Nicole McDonald | ▆▆▆▆▆ | ▆▆▆▆ |

| Street Address | City, State and ZIP Code |
|---|---|
| ▆▆▆▆▆▆▆▆▆ | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Walgreen Pharmacy Services Midwest, LLC | 15+ | (256) 766-2144 |

| Street Address | City, State and ZIP Code |
|---|---|
| 104 Wilmot Road, Deerfield, IL 60015 | RECEIVED |

*U.S. EEOC*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

MAY 2 0 2021

| Street Address | City, State and ZIP Code |
|---|---|
| | |

*Birmingham District Office*

DISCRIMINATION BASED ON (Check appropriate box(es).)

| ☒ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☒ RETALIATION | ☐ AGE | ☐ DISABILITY | | ☐ GENETIC INFORMATION |
| ☒ OTHER (Specify) | Reverse Discrimination | | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 09/01/2020    Latest 12/02/2020

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My name is Samantha Nicole McDonald, I am a white female, and I was formerly employed at Walgreen Pharmacy Services Midwest, LLC's Pharmacy located at 1313 North Wood Avenue, Florence, Lauderdale County, Alabama 35630, as a Pharmacy Technician with a hire-in date of October 30, 2013, following which I was wrongfully terminated based upon reverse discrimination and a hostile work environment on December 2, 2020, at which time I was making $15.46 per hour. I and my white co-workers, namely (1) Brandy Nicole Borrelli (white female); (2) Paul Connolly (white male); (3) Desiree Angelica Melton (white female) and (4) Martha Sue Malone (white female), were treated differently, worse, and ultimately terminated or forced to retire early by a new Store Manager, Mr. Rhondy Boddie (black male), who began working at the 1313 North Wood Avenue, Florence, Alabama Pharmacy on or about September 1, 2020. Mr. Boddie would treat white employees worse and differently than similarly situated non-white co-employees, creating a hostile work environment. Mr. Boddie changed our work schedules and when I complained to the District Manager, Mr. Boddie was angry and refused to speak to me and other white co-workers for a week or more and, if he did speak after that, he was generally rude. Our supplies to stock the Pharmacy were on a high shelf and had to be reached with a 10- to 12-foot ladder. When we asked Mr. Boddie to rearrange the supplies to be more accessible and reached in a safer manner, finally after three or four weeks of asking, he had them re-stacked in a corner but still so high that a ladder had to be used to get to the top supplies. (Continued on back.)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| 3/31/2021 | *Samantha McDonald* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 3/31/2021 (month, day, year) |
|---|---|---|
| Date | Charging Party Signature | *Sheri R. McClendon* |
| | Sheri R. McClendon Notary Public Alabama State At Large My Commission Expires: 11/10/2023 | |

EXHIBIT "7"

DOCUMENT 2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

|  | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet)

Mr. Boddie confronted me about my footwear, which I had been wearing for a significant period of time, well over a year, and when I asked "why?" he stated because "I said so." Mr. Boddie retaliated against me when I spoke to our General Manager about the hostile work environment Mr. Boddie created.

I believe that I have been subjected to reverse discrimination and hostile work environment, contrary to Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |

| 3/31/2021 | *Samantha McDonald* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 3/31/2021 |
|---|---|---|
| Date | Charging Party Signature | (month, day, year) |
| | Sheri R. McClendon<br>Notary Public<br>Alabama State At Large<br>My Commission Expires: 11/10/2023 | *Sheri R. McClendon* |

DOCUMENT 2



 Welcome, Bennett  Log Out

Filing with EEOC

## My Charge

**EEOC Number:** 420-2021-02025

**Status: Notice of Right to Sue issued was upon request and charge was closed**

The charge of employment discrimination filed on 05/26/2021 with the U.S. Equal Employment Opportunity Commission (EEOC) by Samantha Mcdonald against WALGREENS HEALTHY LIVING CAFE is available for you to view online

### Notice of Right to Sue - Important Time Limit

If you choose to file a lawsuit against the respondent(s) named in your charge, you must file a complaint in court **within 90 days of the date you received the Notice of Right to Sue**. If you fail to file within the 90 day period, your right to sue on the charge will be lost and cannot be restored by EEOC. For more information about this time limit and filing a lawsuit, refer to the enclosure that was provided with your Closure Notice/NRTS..

### Position Statement Provided

EEOC has provided the respondent's Position Statement, relevant attachments, and any supplemental position statements on this page, under Document Management. It will be helpful to EEOC's Investigation if you provide a response to the Respondent's Position Statement by **11/17/2021**

Any information you provide will be taken into consideration when EEOC reviews your case. Please upload your response through the Public Portal. Be sure to identify any further witnesses, their contact information, and a brief synopsis of what they will say.

There is no specific format for your response; however, be sure to point out discrepancies in the employer's information and explain what you believe to have happened. This is your opportunity to provide any additional information you feel is relevant to support your case.

Please be aware that by receiving these documents before you have filed a lawsuit based upon your charge, you agree that you will only share them with persons in a privileged relationship, such as a spouse, clergy, or medical, financial, or legal advisor.

## Mediation Status

Upon further review this charge is deemed ineligible for mediation at this time and will be transferred to EEOC's Enforcement Unit.

## My Documents

If you have documents supporting your charge, please upload them using this portal. Documents that you send and any that EEOC may send to you (including your Charge of Discrimination and the respondent's Position Statement, if you request a copy) are listed below. You can open a document to review it or download and save it.

**Be sure you save all documents related to your charge, including Email correspondence.** Your charge and documents related to it will be available to you online until 90 days after EEOC closes it.

Click using this portal to upload documents.

Upload

EXHIBIT "8"

1/2

DOCUMENT 2

| 2022-1-12 161.pdf | Closure Notice/NRTS | 01/12/2022 | MICHAEL ALBEI |
|---|---|---|---|
| 2022-1-12 CPLR Req. NRTS.pdf | Correspondence To/From Charging Party's Attorney | 01/12/2022 | MICHAEL ALBEI |
| 2021-10-28 PS Exhibits_Redacted.pdf | Position Statement Attachments - Non-Confidential (Redacted) | 10/28/2021 | MICHAEL ALBEI |
| 2021-10-28 Position Statement_Redacted.pdf | Position Statement - Redacted | 10/28/2021 | MICHAEL ALBEI |
| 2021-05-26 L of R.pdf | EOA/Letter of Representation From Charging Party's Attorney | 05/03/2021 | WESLEY BERT |
| 2021-05-26 Charge of Discrimination.pdf | Charge of Discrimination | 05/03/2021 | WESLEY BERT |

## Additional Information

**If you have questions**
You may find answers in the Frequently Asked Questions (FAQ)

If you still have questions about charge or the status of your charge, please contact your investigator directly at MICHAEL.ALBERT@EEOC.GOV. Please use Charge Number 420-2021-02025 on all correspondence and communications.

DOCUMENT 2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 420-2021-02024 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Desiree Angelica Melton | ▮▮▮▮▮ | ▮▮▮▮ |
| Street Address | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Walgreen Pharmacy Services Midwest, LLC | 15+ | (256) 766-2144 |
| Street Address | City, State and ZIP Code | |
| 104 Wilmot Road, Deerfield, IL 60015 | | |

*RECEIVED U.S. EEOC*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |
| Street Address | City, State and ZIP Code | |

*Birmingham District Office*

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify) Reverse Discrimination

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 09/01/2020 | 12/02/2020 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My name is Desiree Angelica Melton, I am a white female, and I was formerly employed at Walgreen Pharmacy Services Midwest, LLC's Pharmacy located at 1313 North Wood Avenue, Florence, Lauderdale County, Alabama 35630, with a hire-in date of August 5, 2019, following which I was wrongfully terminated based upon reverse discrimination and a hostile work environment on December 2, 2020. I was employed as a Pharmacy Technician and my final rate of pay was $14.50 per hour.

The reverse discrimination and hostile work environment began on or about September 1, 2020, when a new Store Manager, Mr. Rhondy Boddie (black male), began running the store. I and my fellow white co-workers, (1) Paul Connolly (white male); (2) Martha Sue Malone (white female); (3) Brandy N. Borrelli (white female); and (4) Samantha Nicole McDonald (white female) were treated worse and differently than similarly situated non-white co-workers. Shortly after Mr. Boddie arrived he asked me sarcastically why I worked there, and he stated that it looked that I and another white co-worker "have all the answers." Supplies were placed in the business where it was difficult to reach, causing supplies to fall on me at times. Mr. Boddie complained about how a co-worker was stapling a bag. I believe that I have been subjected to reverse discrimination, hostile work environment, and retaliation, contrary to Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT *MY COMMISSION EXPIRES 08/07/2024* |
| 5-21-21         *Desiree Melton* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date         Charging Party Signature | *[signature]* |

"9"

*EXHIBIT*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |
| | | and EEOC |

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

| Date | Charging Party Signature |
|---|---|

DOCUMENT 2

  Welcome, Bennett  Log Out

Filing with EEOC

# My Charge

EEOC Number: 420-
2021-02024

**Status: Notice of Right
to Sue Issued was upon
request and charge was
closed**

The charge of employment discrimination filed on 05/26/2021 with the U.S. Equal Employment
Opportunity Commission (EEOC) by Desiree Melton against WALGREENS CO. is available
for you to view online

**Notice of Right to Sue - Important Time Limit**

If you choose to file a lawsuit against the respondent(s) named in your charge, you must file a
complaint in court within 90 days of the date you received the Notice of Right to Sue. If
you fail to file within the 90 day period, your right to sue on the charge will be lost and cannot
be restored by EEOC. For more information about this time limit and filing a lawsuit, refer to the
enclosure that was provided with your Closure Notice/NRTS.

**Position Statement Provided**

EEOC has provided the respondent's Position Statement, relevant attachments, and any
supplemental position statements on this page, under Document Management. It will be helpful
to EEOC's investigation if you provide a response to the Respondent's Position Statement by
09/29/2021

Any information you provide will be taken into consideration when EEOC reviews your case.
Please upload your response through the Public Portal. Be sure to identify any further
witnesses, their contact information, and a brief synopsis of what they will say.

There is no specific format for your response; however, be sure to point out discrepancies in
the employer's information and explain what you believe to have happened. This is your
opportunity to provide any additional information you feel is relevant to support your case.

Please be aware that by receiving these documents before you have filed a lawsuit based
upon your charge, you agree that you will only share them with persons in a privileged
relationship, such as a spouse, clergy, or medical, financial, or legal advisor.

## Mediation Status

Upon further review this charge is deemed ineligible for mediation at this time and will be
transferred to EEOC's Enforcement Unit.

## My Documents

If you have documents supporting your charge, please upload them using this portal.
Documents that you send and any that EEOC may send to you (including your Charge of
Discrimination and the respondent's Position Statement, if you request a copy) are listed below.
You can open a document to review it or download and save it.

Be sure you save all documents related to your charge, including Email correspondence.
Your charge and documents related to it will be available to you online until 90 days after EEOC
closes it.

Click using this portal to upload documents.

Upload

EXHIBIT "10"

DOCUMENT 2

| 2022-01-12@0738 Email to CPLS Re NRTS is available in the portal.msg | Correspondence To/From Charging Party's Attorney | 01/12/2022 | RICHARD GROOMS |
|---|---|---|---|
| 2022-01-12 Form 161.pdf | Closure Notice/NRTS | 01/12/2022 | RICHARD GROOMS |
| 2021-10-25 NRTS request_Redacted.pdf | Charging Party's Request for Notice of Right to Sue | 01/12/2022 | RICHARD GROOMS |
| Melton PS Exhibits | Position Statement Attachments - Non-Confidential | 08/11/2021 | Respondent Respondent |
| Melton Position Statement | Position Statement | 08/11/2021 | Respondent Respondent |
| 2021-05-26 L of R.pdf | EOA/Letter of Representation From Charging Party's Attorney | 06/03/2021 | WESLEY BERTA |
| 2021-05-26 Charge of Discrimination.pdf | Charge of Discrimination | 06/03/2021 | WESLEY BERTA |

## Additional Information

**If you have questions**
You may find answers in the Frequently Asked Questions (FAQ)

If you still have questions about charge or the status of your charge, please contact your investigator directly at RICHARD.GROOMS@EEOC.GOV. Please use Charge Number 420-2021-02024 on all correspondence and communications.