# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **Paul Connolly,** } }  **Plaintiff,** } } **v.** } } **Walgreen Pharmacy Services Midwest LLC,** } } **Defendant.** } } } | Case No.:  3:22-cv-00322-MHH |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action with prejudice.

At the direction of the Court, this case is closed.

**DONE** this 6th day of September 2022.

SHARON N. HARRIS, CLERK

By: /s/ Destiny Wiggins
Deputy Clerk